**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| LILLIE M. GERALD, | CASE NO. 05-16596 BL |
| Debtor. | JUDGE Bruce W. Black (Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT
    Will County Court Annex Building
    57 North Ottawa Street, Room 201
    Joliet, Illinois 60432

    On: **October 26, 2007**

    At: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts $ 12,117.37

    b. Disbursements $ 0.00

    c. Net Cash Available for Distribution $ 12,117.37

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $1,961.74 | |
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $19.20 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $3100.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 3100.98, plus interest.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | T-Mobile, Bankruptcy | $ 234.36 | $ 234.36 |
| 1I | T-Mobile, Bankruptcy | $ 16.68 | $ 16.68 |
| 2 | Recovery Management Systems Corporation | $ 758.22 | $ 758.22 |
| 2I | Recovery Management Systems Corporation | $ 53.96 | $ 53.96 |
| 3 | Toula Manufacturing | $ 2,108.40 | $ 2,108.40 |
| 3I | Toula Manufacturing | $ 150.06 | $ 150.06 |
| SURPLUS | GERALD, LILLIE M | $ 6814.75 | $ 6,814.75 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: **October 3, 2007**              For the Court,

By **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee:   MICHAEL G. BERLAND
Address:   ONE NORTH LASALLE STREET
           SUITE 1775
           CHICAGO, IL  60602

Phone No.:  (312) 855-1272

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7                Page 1 of 1              Date Rcvd: Oct 03, 2007
Case: 05-16596                 Form ID: pdf002            Total Served: 22

The following entities were served by first class mail on Oct 05, 2007.
db           +Lillie M Gerald,   206 Bayview Court,   Steger, IL 60475-1588
aty          +Norton Helton,   N. Helton & Associates,   980 N Michigan Avenue,   Suite 1400,
               Chicago, IL 60611-7500
tr           +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
9289435       Captial One,   P O Box 6000,   Seattle, WA 98190-6000
9289436      +Carson Pirei Scott,   140 West Industrial Drive,   Elmhurst, IL 60126-1602
9289437       Chicago Department of Revenue,   Remittance Center,   P O Box 88292,   Chicago, IL 60680-1292
9289438      +Citibank,   P O Box 6500,   Sioux Falls, SD 57117-6500
9289439      +Emerge,   P O Box 105655,   Atlanta, GA 30348-5655
9289440       Household Bank,   P O Box 98706,   Las Vegas, NV 89193
9289441       JC Penney,   P O Box 960001,   Orlando, FL 32896-0001
9289442      +Kay Fashions Inc,   4517 North Clark,   Chicago, IL 60640-5406
9289433      +Litton Loan Service,   4828 Loop Central Drive,   Houston, TX 77081-2166
9289434      +National Furniture,   7439-41 South Cottage Grove,   Chicago, IL 60619-1911
9289443       Peoples Energy,   c/o ACC International,   ACC Bldg,   919 Estes Court,
               Schaumbrug, IL 60193-4427
10565482     +Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPenney,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9289444       Sears,   P O Box 182149,   Columbus, OH 43218-2149
9289445      +Spiegel First Consumers,   P O Box 9307,   Hampton, VA 23670-0307
9289446       T-Mobile,   (formerly Voicestream Wireless),   P O Box 742596,   Cincinnati, OH 45274-2596
10553419     +T-Mobile, Bankruptcy,   PO Box 53410,   Bellevue, WA 98015-3410
11368848     +Toula Manufacturing,   2551 S.W. Grapevine Parkway,   Grapevine, Texas 76051-7072
9289447      +Toula Manufacturing,   8148 NW 74th Avenue,   Medley, FL 33166-7445
9289448       Walmart,   P O Box 530927,   Atlanta, GA 30353-0927

The following entities were served by electronic transmission on Oct 04, 2007.
9289439      +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 04 2007 07:59:27      Emerge,
               P O Box 105655,   Atlanta, GA 30348-5655
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Michael G Berland,   1 N LaSalle St,   No.1775,   Chicago, IL 60602-4065
11449381*    +Toula Manufacturing,   2551 S.W. Grapevine Parkway,   Grapevine, Texas 76051-7072
                                                                                          TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2007**          **Signature:** *Joseph Speetjens*