IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>GERALD, LILLIE M<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-16596 BL<br><br>JUDGE Bruce W. Black (Joliet) |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A"

All checks have been cashed. The Form 2 is attached as Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

/s/ Michael G. Berland Trustee

Dated: 12/31/07

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>GERALD, LILLIE M<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-16596 BL<br><br>JUDGE Bruce W. Black(Joliet) |

## DISTRIBUTION REPORT

I, MICHAEL G. BERLAND, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,980.94 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| Tardily-Filed Unsecured Claims: | $ 3,100.98 |
| Post-Petition Interest: | $ 220.70 |
| Surplus to Debtor: | $ 6,845.81 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 12,148.43 |

EXHIBIT A

**DISTRIBUTION REPORT**  PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 1,980.94 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| MICHAEL G. BERLAND | 1,961.74 | 1,961.74 |
| MICHAEL G. BERLAND | 19.20 | 19.20 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

EXHIBIT A

**DISTRIBUTION REPORT**                                                         **PAGE 2**

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

**EXHIBIT B**

DISTRIBUTION REPORT PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

EXHIBIT D

DISTRIBUTION REPORT                                                    PAGE 4

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated unsecured claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $ 3,100.98 | 100.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 1 T-Mobile, Bankruptcy | 234.36 | 234.36 |
| 2 Recovery Management Systems Corporation | 758.22 | 758.22 |
| 3 Toula Manufacturing | 2,108.40 | 2,108.40 |
| | TOTAL $ | 3,100.98 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $ 220.70 | 100.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 11 T-Mobile, Bankruptcy | 16.68 | 16.68 |
| 21 Recovery Management Systems Corporation | 53.96 | 53.96 |


EXHIBIT

**DISTRIBUTION REPORT**                                                                 **PAGE 5**

| 3I | Toula Manufacturing | 150.06 | 150.06 |
|---|---|---|---|
|  |  | TOTAL $ | 220.70 |

| 18. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ | 6845.81 | 100.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| SURPLUS | GERALD, LILLIE M | | 6845.81 | 6,845.81 |
|  |  | TOTAL | $ | 6,845.81 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
|  |  |  |  |  |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: October 29, 2007           /s/Mixchael G. Berland
                                  MICHAEL G. BERLAND, Trustee

**EXHIBIT D**

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-16596 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | GERALD, LILLIE M | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****88-65 - Money Market Account |
| Taxpayer ID #: | 13-7496064 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/29/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/07/06 | {1} | All American Title Agency | Payment of equity in homne pursuant to court order | 1110-000 | 12,000.00 | | 12,000.00 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.60 | | 12,004.60 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 7.14 | | 12,011.74 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.60 | | 12,019.34 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.17 | | 12,027.51 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.91 | | 12,035.42 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.18 | | 12,043.60 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.19 | | 12,051.79 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.65 | | 12,059.44 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.45 | | 12,067.89 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.93 | | 12,075.82 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 7.67 | | 12,083.49 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 8.05 | | 12,091.54 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.02 | | 12,097.56 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.46 | | 12,104.02 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.67 | | 12,110.69 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.68 | | 12,117.37 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.25 | | 12,123.62 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.90 | | 12,130.52 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.69 | | 12,137.21 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.04 | | 12,143.25 |
| 10/23/07 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6500% | 1270-000 | 5.18 | | 12,148.43 |
| 10/23/07 | | To Account #*********8866 | Transfer for purpose of final distribution | 9999-000 | | 12,148.43 | 0.00 |

Subtotals: $12,148.43   $12,148.43

{} Asset reference(s)

Exhibit

Printed: 02/29/2008 04:18 PM   V.10.03

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-16596 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | GERALD, LILLIE M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*88-65 - Money Market Account |
| Taxpayer ID #: | 13-7496064 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 02/29/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 12,148.43 | 12,148.43 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,148.43 | |
| | | | Subtotal | | 12,148.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $12,148.43 | $0.00 | |

{} Asset reference(s)

Printed: 02/29/2008 04:18 PM   V.10.03

Page: 3

## Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-16596 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** GERALD, LILLIE M | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** \*\*\*-\*\*\*\*\*88-66 - Checking Account |
| **Taxpayer ID #:** 13-7496064 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 02/29/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/07 | | From Account #\*\*\*\*\*\*\*\*8865 | Transfer for purpose of final distribution | 9999-000 | 12,148.43 | | 12,148.43 |
| 11/06/07 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,961.74, Trustee Compensation; Reference: | 2100-000 | | 1,961.74 | 10,186.69 |
| 11/06/07 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $19.20, Trustee Expenses; Reference: | 2200-000 | | 19.20 | 10,167.49 |
| 11/06/07 | 103 | T-Mobile, Bankruptcy | Dividend paid 100.00% on $234.36; Claim# 1; Filed: $234.36; Reference: | 7200-000 | | 234.36 | 9,933.13 |
| 11/06/07 | 104 | Recovery Management Systems Corporation | Dividend paid 100.00% on $758.22; Claim# 2; Filed: $758.22; Reference: | 7200-000 | | 758.22 | 9,174.91 |
| 11/06/07 | 105 | Toula Manufacturing | Dividend paid 100.00% on $2,108.40; Claim# 3; Filed: $2,108.40; Reference: | 7200-000 | | 2,108.40 | 7,066.51 |
| 11/06/07 | 106 | T-Mobile, Bankruptcy | Dividend paid 100.00% on $16.68; Claim# 1I; Filed: $16.68; Reference: | 7990-000 | | 16.68 | 7,049.83 |
| 11/06/07 | 107 | Recovery Management Systems Corporation | Dividend paid 100.00% on $53.96; Claim# 2I; Filed: $53.96; Reference: | 7990-000 | | 53.96 | 6,995.87 |
| 11/06/07 | 108 | Toula Manufacturing | Dividend paid 100.00% on $150.06; Claim# 3I; Filed: $150.06; Reference: | 7990-000 | | 150.06 | 6,845.81 |
| 11/06/07 | 109 | GERALD, LILLIE M | Dividend paid 77.55% on $8,826.75; Claim# SURPLUS; Filed: $8,826.75; Reference: | 8200-000 | | 6,845.81 | 0.00 |

Subtotals :   $12,148.43   $12,148.43

{} Asset reference(s)                                                                                                   Printed: 02/29/2008 04:18 PM   V.10.03

## Cash Receipts And Disbursements Record

| Case Number: | 05-16596 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | GERALD, LILLIE M | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*88-66 - Checking Account |
| Taxpayer ID #: | 13-7496064 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 02/29/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 12,148.43 | 12,148.43 | $0.00 |
| | | | Less: Bank Transfers | | 12,148.43 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 12,148.43 | |
| | | | Less: Payments to Debtors | | | 6,845.81 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $5,302.62 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*88-65 | 12,148.43 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*88-66 | 0.00 | 5,302.62 | 0.00 |
| | $12,148.43 | $5,302.62 | $0.00 |